1  Alan L. McNeil, WSBA #7930
2  Brian Cameron, WSBA #9117775
   University Legal Assistance
3  721 North Cincinnati Street
   P.O. Box 3528
4  Spokane, WA 99220-3528
5  (509)313-5791 Telephone
   (509)313-5805 Facsimile
6
7  Attorneys for Plaintiff

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 22 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

EDWARD COLLINS, an individual, ) No: CV-10-324-EFS
                               )
            Plaintiff,         ) COMPLAINT FOR DAMAGES
                               )
vs.                            )
                               )
BISHOP, WHITE & MARSHALL,      )
P.S., a Washington corporation )
                               )
            Defendant.         )

## I. INTRODUCTION

1. This is an action for damages brought by Plaintiff Edward Collins, an individual consumer, against Defendant Bishop, White & Marshall, P.S., (hereinafter "Defendant") for violations of the Fair Debt Collection Practices Act,

COMPLAINT FOR DAMAGES
Page 1 of 7
Collins, Edwards\Pleadings\Complaint for
Damages/092210/sm/alm/vly

University Legal Assistance
721 North Cincinnati Street
P.O. Box 3528
Spokane, WA 99220-3528
(509)323-5791 Telephone
(509)323-5805 Facsimile

15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and the Washington Consumer Protection Act, R.C.W. 19.86.020, which prohibits debt collectors from engaging in unfair and deceptive acts or practices.

## II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337, and supplemental jurisdiction exists for state law claims pursuant to 28 U.S.C. §1367. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Venue in this District is proper in that Defendant transacts business in Spokane, Washington, and the conduct complained of occurred in Spokane.

## III. PARTIES

3. Plaintiff, Edward Collins, is a natural person residing in Spokane, Spokane County, Washington.

4. Defendant is a Washington corporation engaged in the business of collecting debt in this state with its principal place of business located at 720 Olive Way #1301, Seattle, Washington, and subject to the FDCPA, 15 U.S.C. § 1692, *et seq.*

5. Defendant is engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts alleged to be due to another. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

COMPLAINT FOR DAMAGES
Page 2 of 7
Collins, Edwards\Pleadings\Complaint for
Damages/092210/sm/alm/vly

University Legal Assistance
721 North Cincinnati Street
P.O. Box 3528
Spokane, WA 99220-3528
(509)323-5791 Telephone
(509)323-5805 Facsimile

## IV. FACTUAL ALLEGATIONS

6. Defendant served Plaintiff, Mr. Collins, at his home with an unfiled Summons and Complaint in Washington Superior Court for Spokane County, dated September 28, 2009, on October 8, 2009, demanding payment of a debt in the amount of $2,835.72 allegedly due FIA Card Services, N.A., plus costs and disbursements incurred in its action, plus post-judgment interest. A copy is attached hereto as Exhibit A.

7. Exhibit A was received by Mr. Collins at his residence in Spokane, Washington.

8. Mr. Collins is a professional counselor and social worker who maintains an exceptionally high credit score of over 800 with all three national credit reporting agencies, and he cannot recall ever missing a payment on the few debts he has incurred throughout his life.

9. Defendant claimed that Mr. Collins' marital community incurred the debt alleged in Exhibit A on a consumer account on behalf of and for the benefit of his marital community.

10. Mr. Collins does not have, nor has ever had, an account relationship with FIA Card Services, N.A., the creditor named on Exhibit A. As such, Mr. Collins' marital community did not incur any debt through FIA Card Services, N.A.

11. Exhibit A represents the first contact Defendant made with Mr. Collins.

COMPLAINT FOR DAMAGES
Page 3 of 7
Collins, Edwards\Pleadings\Complaint for Damages/092210/sm/alm/vly

University Legal Assistance
721 North Cincinnati Street
P.O. Box 3528
Spokane, WA 99220-3528
(509)323-5791 Telephone
(509)323-5805 Facsimile

12. Subsequent to Defendant's initial communication with Mr. Collins (Exhibit A), Defendant did not provide written notification of the amount, creditor, and statements of rights regarding the alleged debt.

13. After recovering from the shock, dismay, and embarrassment of being served with Defendant's action to collect a debt Mr. Collins did not owe, and fearing that his identity had been stolen, Mr. Collins immediately initiated extensive credit research, monitoring, and protection measures at his own cost and under considerable stress.

14. Defendant contacted Defendant by certified mail correspondence dated October 23, 2009, requesting verification of the debt alleged by Defendant.

15. In response to Mr. Collins' request for verification of debt, on January 28, 2010, Defendant mailed Mr. Collins a copy of an undated and unsigned "Cardholder Agreement" as well as the personal financial statements of another individual's credit card activity from June 2008 through November 2008. A copy of this response is attached hereto as Exhibit B.

16. By correspondence dated February 12, 2010, Mr. Collins, by and through his attorneys, advised Defendant that he did not have, nor has ever had, a relationship with FIA Card Services, N.A.

17. By correspondence to Mr. Collins' counsel dated March 12, 2010, Defendant acknowledged the February 12, 2010, notification and affirmed that a

University Legal Assistance
721 North Cincinnati Street
P.O. Box 3528
Spokane, WA 99220-3528
(509)323-5791 Telephone
(509)323-5805 Facsimile

lawsuit had been commenced and would proceed against Mr. Collins despite evidence that Mr. Collins was not liable for the subject account.

18. By correspondence dated March 30, 2010, Mr. Collins, by and through his attorneys, demanded that Defendant file its action against him pursuant to Washington Superior Court Civil Rules.

19. Defendant failed and refused to file its action against Mr. Collins within 14 days of demand as required by Washington Superior Court Rule 3(a).

20. As a result of the Defendant's acts alleged above, Mr. Collins suffered actual damages, including severe anxiety and embarrassment, lost wages, and costs associated with credit monitoring and protection services.

## V. FIRST CLAIM FOR RELIEF: FDCPA

21. Plaintiff, Mr. Collins, repeats and realleges and incorporates by reference the foregoing paragraphs.

22. Defendant violated the Fair Debt Collection Practices Act (hereinafter "FDCPA"). Defendant's violations include, but are not limited to, the following:

    A. The Defendant violated 15 U.S.C. § 1692e(2)(A) by falsely representing the character, amount, or legal status of the alleged debt.

    B. The Defendant violated 15 U.S.C. § 1692e(2)(B) by falsely representing services rendered or compensation which may be lawfully received by Defendant for the collection of the alleged debt.

COMPLAINT FOR DAMAGES  
Page 5 of 7  
Collins, Edwards\Pleadings\Complaint for Damages/092210/sm/alm/vly

University Legal Assistance  
721 North Cincinnati Street  
P.O. Box 3528  
Spokane, WA 99220-3528  
(509)323-5791 Telephone  
(509)323-5805 Facsimile

C. The Defendant violated 15 U.S.C. § 1692e(5) by threatening to take legal action that cannot be taken or that is not intended to be taken.

D. The Defendant violated 15 U.S.C. § 1692f(1) by attempting to collect an amount that is not expressly authorized by an agreement or permitted by law.

E. The Defendant violated 15 U.S.C. § 1692g(a) by failing to provide Mr. Collins with written notification of the amount, creditor, and statements of rights within five days after Defendant's initial communication with him.

23. As a result of the foregoing violations of the FDCPA, Defendant is liable to Mr. Collins for declaratory judgment that Defendant's conduct violated the FDCPA as well as Mr. Collins' actual damages, including emotional distress, statutory damages, and costs and attorney fees.

VI.  SECOND CLAIM FOR RELIEF: WCPA

24. Plaintiff, Mr. Collins, repeats and realleges and incorporates by reference the foregoing paragraphs.

25. Defendant's foregoing violations of the FDCPA constitute unfair and deceptive acts or practices in violation of the State of Washington's Consumer Protection Act (WCPA), R.C.W. 19.86.020.

COMPLAINT FOR DAMAGES
Page 6 of 7
Collins, Edwards\Pleadings\Complaint for
Damages/092210/sm/alm/vly

University Legal Assistance
721 North Cincinnati Street
P.O. Box 3528
Spokane, WA 99220-3528
(509)323-5791 Telephone
(509)323-5805 Facsimile

26. As a result of the foregoing violations of the state Act, Defendant is liable to Mr. Collins for declaratory judgment that Defendant's conduct violated the FDCPA as well as Mr. Collins' actual damages, including emotional distress, plus treble damages as provided by statute, plus costs and attorney fees.

WHEREFORE, Plaintiff Edward Collins respectfully requests that judgment be entered against defendant Bishop, White & Marshall, P.S., for the following:

A. Declaratory judgment that Defendant's conduct violated the FDCPA;

B. Actual damages pursuant to 15 U.S.C. § 1692k and R.C.W 19.86.090 for emotional distress, lost wages, and credit monitoring services in the amount of $12,235;

C. Statutory damages for violations of the FDCPA pursuant to 15 U.S.C. § 1692k in the amount of $1,000;

D. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k and R.C.W. 19.86.090;

E. Treble the amount of actual damages pursuant to R.C.W. 19.86.090; and

F. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

UNIVERSITY LEGAL ASSISTANCE

_____
ALAN L. McNEIL, WSBA #7930
Attorney for Plaintiff

_____
BRIAN CAMERON, WSBA #9117775
Washington Rule 9 Legal Intern for Plaintiff

COMPLAINT FOR DAMAGES
Page 7 of 7
Collins, Edwards\Pleadings\Complaint for Damages/092210/sm/alm/vly

University Legal Assistance
721 North Cincinnati Street
P.O. Box 3528
Spokane, WA 99220-3528
(509)323-5791 Telephone
(509)323-5805 Facsimile