# EXHIBIT A

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR SPOKANE COUNTY

| | |
|---|---|
| FIA CARD SERVICES, NATIONAL ASSOCIATION<br>Plaintiff,<br>vs.<br>EDWARD S COLLINS and DOE I, and their marital community composed thereof,<br>Defendants. | No.:<br><br>SUMMONS |

To The Defendants: EDWARD S COLLINS and DOE I, and their marital community composed thereof,:

A lawsuit has been started against you in the above-entitled Court by FIA CARD SERVICES, NATIONAL ASSOCIATION, Plaintiff.

Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the undersigned attorneys for the Plaintiff within 20 days after the service of this Summons, excluding the day of service, or within 60 days after service of this Summons, excluding the day of service, if you are served outside the State of Washington, or a Default Judgment may be entered against you without notice. A Default



BISHOP, WHITE & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON, 98101

1-206-622 5306

Judgment is where Plaintiff is entitled to what it asks for because you have not responded. If you serve a Notice of Appearance on the undersigned attorneys, you are entitled to notice before a Default Judgment may be entered.

You may demand that the Plaintiff file this lawsuit with the Court. If you do so, the demand must be in writing and must be served upon the Plaintiff. Within 14 days after you serve the demand, the Plaintiff must file this lawsuit with the Court or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED: September 28, 2009.

BISHOP, WHITE & MARSHALL, P.S.

[ ] Krista L. White WSBA 8612
[X] Laurie K. Friedl WSBA 35598
[ ] Daniel L. Hembree WSBA 37109
[ ] Jeffrey S. Mackie WSBA 35829

Attorneys for Plaintiff

ZW970472
SRVSNCWAZ



BISHOP, WHITE & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON, 98101

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR SPOKANE COUNTY

| | |
|---|---|
| FIA CARD SERVICES, NATIONAL ASSOCIATION<br>Plaintiff,<br>vs.<br>EDWARD S COLLINS and DOE I, and their marital community composed thereof,<br>Defendants. | No.:<br><br>COMPLAINT FOR MONIES DUE |

**WE ARE A DEBT COLLECTOR. THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Plaintiff, alleges as follows:

1. At all times mentioned herein, plaintiff was and is a legal entity, duly qualified to bring this action in the State of Washington and, if required by law, has paid all license and other fees owing to the State of Washington.

2. The above-named defendant(s) are husband and wife, constituting a marital community under the laws of the State of Washington. The indebtedness sued on herein was incurred on behalf of and for the benefit of their marital community.

3. Defendants(s) became indebted to the plaintiff on a consumer account.



BISHOP, WHITE & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON, 98101

Under the terms and conditions of the agreement, the defendant(s) are hereby indebted to the plaintiff in the sum of $2,835.72.

4. Although demand has repeatedly been made upon the defendant(s), payments have not been made on the account as agreed, and defendant(s) are now in default under the terms and conditions of the agreement.

WHEREFORE, plaintiff prays for a judgment against the above-named defendant(s) and their marital community as follows:

1. For the sum of $2,835.72 plus such other amounts, if any, as may be due under the terms of the contract.

2. Its costs and disbursements incurred in this action.

3. For post judgment interest to run at the contract rate from the date of judgment.

4. Such other further and equitable relief as the Court may deem just and proper.

DATED:September 28, 2009.

BISHOP, WHITE & MARSHALL, P.S.

[ ] Krista L. White WSBA 8612
[✓] Laurie K. Friedl WSBA 35598
[ ] Daniel L. Hembree WSBA 37109
[ ] Jeffrey S. Mackie WSBA 35829

Attorneys for Plaintiff

ZW970472
SRVSNCWAZ



BISHOP, WHITE & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON, 98101

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR SPOKANE COUNTY

| | |
|---|---|
| FIA CARD SERVICES, NATIONAL ASSOCIATION<br>Plaintiff,<br>vs.<br>EDWARD S COLLINS and DOE I , and their marital community composed thereof,<br>Defendants. | No.:<br><br>COMPLAINT FOR MONIES DUE |

**WE ARE A DEBT COLLECTOR. THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Plaintiff, alleges as follows:

1. At all times mentioned herein, plaintiff was and is a legal entity, duly qualified to bring this action in the State of Washington and, if required by law, has paid all license and other fees owing to the State of Washington.

2. The above-named defendant(s) are husband and wife, constituting a marital community under the laws of the State of Washington. The indebtedness sued on herein was incurred on behalf of and for the benefit of their marital community.

3. Defendants(s) became indebted to the plaintiff on a consumer account.



BISHOP, WHITE & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON, 98101

Under the terms and conditions of the agreement, the defendant(s) are hereby indebted to the plaintiff in the sum of $2,835.72.

4. Although demand has repeatedly been made upon the defendant(s), payments have not been made on the account as agreed, and defendant(s) are now in default under the terms and conditions of the agreement.

WHEREFORE, plaintiff prays for a judgment against the above-named defendant(s) and their marital community as follows:

1. For the sum of $2,835.72 plus such other amounts, if any, as may be due under the terms of the contract.

2. Its costs and disbursements incurred in this action.

3. For post judgment interest to run at the contract rate from the date of judgment.

4. Such other further and equitable relief as the Court may deem just and proper.

DATED:September 28, 2009.

BISHOP, WHITE & MARSHALL, P.S.

[ ] Krista L. White WSBA 8612
[X] Laurie K. Friedl WSBA 35598
[ ] Daniel L. Hembree WSBA 37109
[ ] Jeffrey S. Mackie WSBA 35829

Attorneys for Plaintiff

ZW970472
SKVSNCWAZ



BISHOP, WHITE & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON, 98101

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR SPOKANE COUNTY

| FIA CARD SERVICES, NATIONAL ASSOCIATION<br>Plaintiff,<br>vs.<br>EDWARD S COLLINS and DOE 1, and their marital community composed thereof,<br>Defendants. | No.:<br>SUMMONS |
|---|---|

To The Defendants: EDWARD S COLLINS and DOE 1, and their marital community composed thereof,:

A lawsuit has been started against you in the above-entitled Court by FIA CARD SERVICES, NATIONAL ASSOCIATION, Plaintiff.

Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the undersigned attorneys for the Plaintiff within 20 days after the service of this Summons, excluding the day of service, or within 60 days after service of this Summons, excluding the day of service, if you are served outside the State of Washington, or a Default Judgment may be entered against you without notice. A Default

Judgment is where Plaintiff is entitled to what it asks for because you have not responded. If you serve a Notice of Appearance on the undersigned attorneys, you are entitled to notice before a Default Judgment may be entered.

You may demand that the Plaintiff file this lawsuit with the Court. If you do so, the demand must be in writing and must be served upon the Plaintiff. Within 14 days after you serve the demand, the Plaintiff must file this lawsuit with the Court or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED: September 28, 2009.

BISHOP, WHITE & MARSHALL, P.S.

[ ] Krista L. White WSBA 8612
[X] Laurie K. Friedl WSBA 35598
[ ] Daniel L. Hembree WSBA 37109
[ ] Jeffrey S. Mackie WSBA 35829

Attorneys for Plaintiff

ZW970472
SRVSNCWAZ



BISHOP, WHITE & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON, 98101

16