1                                                      HON. EDWARD F. SHEA

2  MARC ROSENBERG
   LEE SMART, P.S., INC.
3  1800 One Convention Place
   701 Pike Street
4  Seattle, WA  98101-3929
   (206) 624-7990
5  Attorneys for Defendants

6

7                  UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON AT SPOKANE
8
   EDWARD COLLINS,
9
           Plaintiff,                    No. CV-10-324-EFS
10
       vs.                               CORPORATE DISCLOSURE
11                                       STATEMENT
   BISHOP, WHITE &
12 MARSHALL, P.S., a Washington
   corporation,
13
           Defendants.
14

15

16         Defendant Bishop, White, Marshall & Weibel, PS makes the following

17 corporate disclosure pursuant to Federal Rule of Civil Procedure 7.1:

18         1.    Does the party have a parent corporation?

19 [ ___ ] Yes  [ _X_ ] No.

20         If yes, the parent corporation is N/A.

21         2.    Is 10% or more of the stock of the party owned by a publicly owned

22 corporation?

23 [ ___ ] Yes  [ _X_ ] No.

24         If yes, identify all such owners: N/A

25

CORPORATE DISCLOSURE STATEMENT - 1
CV-10-324-EFS
5300588

LEE·SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1    DATED December 3, 2010.

2                                          LEE SMART, P.S., INC.

3
                                           By: s/ Marc Rosenberg
4                                              Marc Rosenberg, WSBA No. 31034
                                               Of Attorneys for Defendant
5                                              Bishop, White, Marshall & Weibel, P.S.

6
                                               1800 One Convention Place,
7                                              701 Pike Street
                                               Seattle, WA 98101-3929
8                                              Phone: (206) 262-8308,
                                               Fax: (206) 624-5944
9                                              Email: mr@leesmart.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CORPORATE DISCLOSURE STATEMENT - 2
CV-10-324-EFS
5300588

LEE·SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1

2

DECLARATION OF SERVICE

3

4

5

6

I hereby certify that on the date provided at the signature below, I electronically filed with the Clerk of the Court using the CM/ECF system the attached documents, which will send notification of such filing to the following individual:

7

8

9

10

11

Alan L. McNeil
University Legal Assistance
721 North Cincinnati Street
P.O. Box 3528
Spokane, WA 99220-3528
amcneil@lawschool.gonzaga.edu

12

13

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

14

DATED December 3, 2010, at Seattle, Washington.

15

16

LEE SMART, P.S., INC.

17

18

19

By: s/ Marc Rosenberg
      Marc Rosenberg, WSBA No. 31034
      Of Attorneys for Defendant
      Bishop, White, Marshall & Weibel, P.S.

20

21

22

23

24

25

      1800 One Convention Place,
      701 Pike Street
      Seattle, WA 98101-3929
      Phone: (206) 262-8308,
      Fax: (206) 624-5944
      Email: mr@leesmart.com

CORPORATE DISCLOSURE STATEMENT - 3
CV-10-324-EFS
5300588

LEE·SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944