HON. EDWARD F. SHEA

MARC ROSENBERG
LEE SMART, P.S., INC.
1800 One Convention Place
701 Pike Street
Seattle, WA  98101-3929
(206) 624-7990
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| EDWARD COLLINS,<br><br>            Plaintiff,<br><br>      vs.<br><br>BISHOP, WHITE & MARSHALL, P.S., a Washington corporation,<br><br>            Defendants. | No. CV-10-324-EFS<br><br>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>Noted for hearing:<br>March 25, 2011 at 6:30 pm |

## I. INTRODUCTION

Pursuant to Fed. R. Civ. P. 56, defendant Bishop, White, Marshall & Wiebel, P.S. ("Bishop") moves to dismiss the complaint filed by plaintiff Edward Collins ("Collins") for the reasons set forth in Defendant's Memorandum in Support of Summary Judgment, and specifically:

(1) The Miller's Fair Debt Collection Practices Act ("FDCPA") claim should be dismissed under the bona fide error defense, where the sole allegation is that Bishop commenced a case in the wrong county, and this unintentional error occurred despite procedures reasonably adapted to avoid such error.  If dismissal of the FDCPA claim is denied, the Court should limit damages to a *de minumus* amount for this trivial lawsuit based on applicable legal authority.

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 1
CV-10-324-EFS
5307227

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle ·WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1  (2) The Millers Washington Consumer Protection Act ("CPA") claim fails where the Millers are unable to support various elements of the five-part test set forth in *Hangman Ridge Training Stables, Inc. v. Safeco Title Ins. Co.*, 105 Wn.2d 778, 780, 719 P.2d 531 (1986).

## II. POINTS AND AUTHORITIES

Bishop is concurrently filing a Memorandum of Points and Authorities in support of this motion, in conformity with Eastern District Local Rule 7.1(b), as well as a Statement of Facts in conformity with Eastern District Local Rule 56.1.

## III. CONCLUSION

For reasons set forth above and in Bishop's Memorandum of Points and Authorities, Bishop requests this Court to dismiss plaintiff's complaint.

## IV. PROPOSED ORDER

A proposed order is being provided with this motion.

DATED:  February 1, 2011

LEE SMART, P.S., INC.


By: s/ Marc Rosenberg _____
    Marc Rosenberg, WSBA No. 31034
    Of Attorneys for Defendant
    1800 One Convention Place
    701 Pike Street
    Seattle, WA 98101-3929
    Phone: (206) 262-8308
    Email:  mr@leesmart.com

MARCH 25, 2011 AT 6:30 PM - 2
CV-10-324-EFS
5307227

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944