HON. EDWARD F. SHEA

MARC ROSENBERG
LEE SMART, P.S., INC.
1800 One Convention Place
701 Pike Street
Seattle, WA 98101-3929
(206) 624-7990
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

EDWARD COLLINS,

    Plaintiff,

vs.

BISHOP, WHITE & MARSHALL, P.S., a Washington corporation,

    Defendants.

No. CV-10-324-EFS

DEFENDANT'S RULE 56.1 STATEMENT OF FACTS

WITH ATTACHED DECLARATION OF KRISTA L. WHITE, WITH EXHIBITS

Defendant Bishop, White, Marshall & Weibel, P.S. ("Bishop") provides the following Statement of Material Facts in support of its Motion for Summary Judgment, pursuant to Local Rule 56.1.

1. For more than 30 years, Bishop has served the legal needs of the creditor industry, accumulating more than a century of experience in collections, foreclosure, bankruptcy, and litigation. Declaration of Krista L. White ("White decl.") at ¶ 2.[1]

---

[1] The Declaration of Krista L. White in Support of Defendant's Motion for Summary Judgment, with attached exhibits, is attached in its entirety to this Rule 56.1 Statement of Facts for the convenience of the Court.

DEFENDANT'S RULE 56.1 STATEMENT OF FACTS - 1
CV-10-324-EFS
5307206

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

2. Bishop's attorneys provide extensive, coordinated, technologically sophisticated services, with a professional support team of associates, paralegals, support staff, and investigators for each of Bishop's practice areas. *Id*.

3. Bishop's memberships in organizations such as the National Association of Retail Collection Attorneys, The Law List, the Commercial Law League, The American Bankruptcy Institute, and various other Washington State and American Bar Association Committees enables it to keep up to date on the latest developments in Collection Law so that they may better serve its clients. *Id*.

4. Bishop's collections team members are well trained regarding the requirements of federal and state laws governing debt collection. *Id*. at ¶ 3.

5. At Bishop, all claims are maintained and tracked electronically, using advanced specialty software that allows a wide assortment of reporting and remote auditing capabilities. *Id*.

6. Bishop is YGC, RMS and Princeton eCom compliant. *Id*.

7. Bishop maintains reasonable procedures at each step of a collection action to prevent it from bringing suit against an incorrect individual. *Id*. at ¶ 4.

8. Bishop's procedures are provided in a variety of forms, including manuals, checklists, and/or computer screen prompts. *Id*.

9. Bishop's employees that are responsible for carrying out various functions in a collection action are instructed in how to correctly follow these procedures. *Id*.

10. In regard to identifying the correct individual on whom to file an action, Bishop has instituted an established method, and provide guidelines to its employees. White decl. at ¶ 5, Ex. 1 [Procedures].

DEFENDANT'S RULE 56.1 STATEMENT OF FACTS - 2
CV-10-324-EFS
5307206

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

11. In this case, an employee named Caroline Waniczeck deviated from Bishop's standard procedure, which led to an unintentional error notwithstanding the maintenance of procedures reasonably adapted to avoid this specific situation. *Id*. *See also* Declaration of Caroline Waniczeck ("Waniczeck decl.").

12. On July 23, 2009, Bishop's office sent a demand letter to Edward S. Collins at 401 E Magnesium Rd. Spokane WA. *Id*. at ¶ 6, Ex. 2 [07/23/09 Letter].

13. On August 3, 2009, the demand letter was returned. *Id*. at ¶ 7.

14. On August 2, 2009, one of Bishop's employees performed research in regard to this matter and, based on this research, the address was updated in Bishop's system to reflect that Edward S. Collins lived at apartment # 113, 401 E Magnesium Rd. Spokane WA. *Id*. at ¶ 8.

15. A second demand letter was sent to Edward S. Collins at this updated address. *Id*., Ex. 3 [08/02/09 Letter].

16. On August 31, 2009, a different employee named Caroline Waniczeck did not observe that the address had already been updated in the system, and conducted an additional automated postal trace. *Id*. at ¶ 9. *See also* Waniczeck declaration.

17. Ms. Waniczeck conducted a 411.com search, reflecting that the only address for Edward S. Collins was 2224 W Mallon Ave Spokane, WA. 99201-1658, and updated the file to reflect this address. *Id*., Ex. 4 [Search Results].[2]

18. The method used by this employee deviated from Bishop's standard procedures. *Id*. at ¶ 9. *See also* Waniczeck decl.

---

[2] Exhibit 4 is not a printout of a contemporaneous search, as reflected in the date on the printout. However, the exhibit reflects that the results of the search are the same today as they were at the time.

DEFENDANT'S RULE 56.1 STATEMENT OF FACTS - 3
CV-10-324-EFS
5307206

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle·WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

19. Ms. Waniczeck should have skip-traced the address to cross reference and match the Social Security # on file, as set forth in Bishop's established procedures. *Id.* at ¶ 9. *See also* Ex. 1.

20. On September 28, 2009, when service was requested, it was unfortunately sent using the Mallon address. *Id.* at ¶ 10, Ex. 5 [Affidavit of Service/Complaint].

21. On October 8, 2009, Edward S, Collins of Spokane was served. *Id.* at ¶ 11, Ex. 5.

22. On October 28, 2009, Bishop received a Notice of Appearance from Edward S. Collins, requesting validation. *Id.* at ¶ 12, Ex. 6 [Notice of Appearance].

23. On January 28, 2010, Bishop provided verification of the debt to Edward S. Collins. *Id.* at ¶ 13, Ex. 7 [Validation Documents].

24. Bishop had a good-faith belief that the Edward S. Collins of Spokane Washington that it had arranged to have served was the same Edward S. Collins of Spokane Washington that had accrued the debt at issue. *Id.* at ¶ 14.

25. When Edward S. Collins of Spokane, WA continued to protest that he was not the same Edward S. Collins of Spokane, WA that had accrued the debt at issue, Bishop determined that it was best not to file the lawsuit against him. *Id.* at ¶ 15.

26. No action was apparently taken in regard to Plaintiff other than the service upon him of an unfiled complaint. *Id.* at ¶16.

27. To Bishop's knowledge, Plaintiff has not suffered any damage as a result of the singular event of receiving this document. *Id.*

DEFENDANT'S RULE 56.1 STATEMENT OF FACTS - 4
CV-10-324-EFS
5307206

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

28. Prior to the filing of Collins' complaint, Bishop did not contact anyone else or make any of the information public in regard to this matter.

DATED February 1, 2011.

                                          LEE SMART, P.S., INC.

                                          By: s/ Marc Rosenberg
                                          Marc Rosenberg, WSBA No. 31034
                                          Of Attorneys for Defendant
                                          Bishop, White, Marshall & Weibel, P.S.

                                          1800 One Convention Place
                                          701 Pike Street
                                          Seattle, WA 98101-3929
                                          Phone: (206) 624-7990
                                          Fax: (206) 624-5944
                                          Email: mr@leesmart.com

DEFENDANT'S RULE 56.1 STATEMENT OF FACTS - 5
CV-10-324-EFS
5307206

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944