HON. EDWARD F. SHEA

Alan L. McNeil, WSBA #7930
Dean R. Floerchinger, WSBA #9119088
University Legal Assistance
721 North Cincinnati Street
P.O. Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| EDWARD COLLINS, an individual | ) | No:  CV-10-324-EFS |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S REQUEST FOR |
| | ) | CONTINUANCE OF MOTION FOR |
| vs. | ) | SUMMARY JUDGMENT WITH |
| | ) | ATTACHED DECLARATION OF |
| | ) | DEAN R. FLOERCHINGER |
| BISHOP, WHITE & MARSHALL, | ) | |
| P.S., a Washington corporation | ) | |
| | ) | |
| Defendant. | ) | |

## I. RELIEF SOUGHT

The Plaintiff, Edward Collins (hereinafter "Plaintiff") requests this Court for

a continuance of Defendant's Motion for Summary Judgment from the current date

of March 25, 2011 up to a later date, which accords parties sufficient time to

conduct meaningful discovery.

PLAINTIFF'S REQUEST FOR CONTINUANCE OF
MOTION FOR SJ WITH ATTACHED
DECLARATION OF DEAN FLOERCHINGER - Page
1 of 6
Collins, Edwards\Pleadings\Req for Continuance of Mot for SJ with
declaration of Dean Floerchinger1 /020211/df/alm/tlc

University Legal Assistance
721 North Cincinnati Street
P.O. Box 3528
Spokane, WA  99220-3528
(509)323-5791 Telephone
(509)323-5805 Facsimile

## II. GROUNDS FOR RELIEF

1.  This request is made pursuant to Rule 56(d) of the Federal Rules of Civil Procedure on the grounds that further discovery is vital to the Plaintiff's ability to make a meaningful response to the motion for summary judgment filed by Bishop, White & Marshall (hereinafter "Defendant").

2.  Plaintiff proposed to make discovery as to the following issues:

    a.  The actual numbers of times when Defendant has failed to follow proper collections procedures in the past.

    b.  Previous instances in which the Defendant has filed summons and complaints against the wrong person.

    c.  What actions were taken by Defendant's employee who signed (the attorney assigned to collect the debt) and caused to be served the summons and complaint against Plaintiff.

    d.  Bank of America documents that support the debt.

    e.  FIA Card Services, National Association documents that support the debt and allege the right to collect the debt.

    f.  Communications between Defendant and Edward Collins, including but not limited to demand letters and phone calls.

    g.  The procedures in place to prevent error.

    h.  General responses to Plaintiff's Interrogatories.

PLAINTIFF'S REQUEST FOR CONTINUANCE OF
MOTION FOR SJ WITH ATTACHED
DECLARATION OF DEAN FLOERCHINGER - Page
2 of 6
Collins, Edwards\Pleadings\Req for Continuance of Mot for SJ with
declaration of Dean Floerchinger1 /020211/df/alm/tlc

University Legal Assistance
721 North Cincinnati Street
P.O. Box 3528
Spokane, WA  99220-3528
(509)323-5791 Telephone
(509)323-5805 Facsimile

3.  Plaintiff proposes to explore the issues identified by taking the following

steps:

    a.  Service of a brief set of interrogatories concerning Defendant's bona fide

        error defense, including but not limited to the explicit procedures used by

        Defendant to prevent persons from being wrongfully sued, and past

        instances in which Defendant has served the wrong party with a

        summons and complaint.

    b.  The depositions of Carolyn Waniczek, Laurie K. Friedl, and Krista L.

        White.

    c.  A request for production of documents concerning Defendant's bona fide

        error defense, including but not limited to past law suits against

        Defendant where they have raised the bona fide error defense, as

        indicated by Defense counsel's use of boilerplate language in their

        summary judgment motion which indicates use of the bona fide error

        defense in previous similar FDCPA actions against Defendant.

4.  Given the early juncture in the case, *both* Defendant and Plaintiff have not

completed discovery in time for the Court to make a reasonable ruling as to

Defendant's motion for summary judgment on its currently scheduled date.

Moreover, Plaintiff has yet to serve interrogatories, requests for production of

documents, or request for admissions on the Defendant.  In addition, Plaintiff is

PLAINTIFF'S REQUEST FOR CONTINUANCE OF
MOTION FOR SJ WITH ATTACHED
DECLARATION OF DEAN FLOERCHINGER - Page
3 of 6
Collins, Edwards\Pleadings\Req for Continuance of Mot for SJ with
declaration of Dean Floerchinger1 /020211/df/alm/tlc

University Legal Assistance
721 North Cincinnati Street
P.O. Box 3528
Spokane, WA  99220-3528
(509)323-5791 Telephone
(509)323-5805 Facsimile

still in the process of attempting to respond to Defendant's interrogatories and requests for production of documents.

5.  This request for continuance was made as soon after the papers on the motion for summary judgment were served.  The only delay resulted from attempts to secure a stipulated continuance, given the preliminary state of litigation, so as to avoid the need for this formal, written motion.

6.  Given the preliminary state of the litigation, the requested continuance will not prejudice any party to this action.

7.  In addition, Defendant's motion for summary judgment identifies "Miller" as the Plaintiff.  Defendant's motion alleges a bona fide error in "commencing an action in the wrong county," which is in no way factually relevant to Plaintiff's complaint.  Finally and more importantly, Plaintiff needs time to conduct discovery.

8.  By presenting this motion, Plaintiff certifies that this motion is presented in good faith that further discovery on these issues is likely to establish controverting evidence as to material facts contained in the motion for summary judgment, and that the request for a continuance is not made for purposes of delay.

### III. RECORD ON MOTION

This request is based on this motion, the attached memorandum, the Supporting Declaration of Dean R. Floerchinger, all pleadings and papers on file in

PLAINTIFF'S REQUEST FOR CONTINUANCE OF
MOTION FOR SJ WITH ATTACHED
DECLARATION OF DEAN FLOERCHINGER - Page
4 of 6
Collins, Edwards\Pleadings\Req for Continuance of Mot for SJ with
declaration of Dean Floerchinger1 /020211/df/alm/tlc

University Legal Assistance
721 North Cincinnati Street
P.O. Box 3528
Spokane, WA  99220-3528
(509)323-5791 Telephone
(509)323-5805 Facsimile

1    this action, and on whatever other evidence and argument may be presented at any

2    hearing on this Motion.

3       Respectfully submitted,

4

5                          UNIVERSITY LEGAL ASSISTANCE

6                          s/ Alan L. McNeil

7                          ALAN L. McNEIL, WSBA #7930
                           Attorney for Plaintiff

8

9                          s/ Dean R. Floerchinger
                         DEAN R. FLOERCHINGER, WSBA #9119088

10                         Washington Rule 9 Legal Intern for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S REQUEST FOR CONTINUANCE OF
MOTION FOR SJ WITH ATTACHED
DECLARATION OF DEAN FLOERCHINGER - Page
5 of 6
Collins, Edwards\Pleadings\Req for Continuance of Mot for SJ with
declaration of Dean Floerchinger1 /020211/df/alm/tlc

University Legal Assistance
721 North Cincinnati Street
P.O. Box 3528
Spokane, WA  99220-3528
(509)323-5791 Telephone
(509)323-5805 Facsimile

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF SERVICE

I, Tricia Leahy-Charles, hereby certify that on the date provided below, I electronically filed the foregoing request for continuance of motion for summary judgment with attached declaration of Dean R. Floerchinger with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following individual:

Marc Rosenberg
Lee Smart, P.S., Inc.
1800 One Convention Place
701 Pike Street
Seattle, WA 98101-3929
mr@leesmart.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED February 3, 2011, at Spokane, Washington.

s/ Tricia Leahy-Charles
Tricia Leahy-Charles

PLAINTIFF'S REQUEST FOR CONTINUANCE OF
MOTION FOR SJ WITH ATTACHED
DECLARATION OF DEAN FLOERCHINGER - Page
6 of 6
Collins, Edwards\Pleadings\Req for Continuance of Mot for SJ with
declaration of Dean Floerchinger1 /020211/df/alm/tlc

University Legal Assistance
721 North Cincinnati Street
P.O. Box 3528
Spokane, WA  99220-3528
(509)323-5791 Telephone
(509)323-5805 Facsimile