UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWARD COLLINS,<br><br>            Plaintiff,<br><br>       v.<br><br>BISHOP, WHITE & MARSHALL, P.S., a Washington corporation,<br><br>            Defendant. | NO. CV-10-0324-EFS<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

   On August 2, 2011, the parties filed a Joint Motion to Dismiss. ECF No. 49. Based on the parties' notice, **IT IS HEREBY ORDERED:**

   1. Plaintiff's Complaint, **ECF No. 1**, is **DISMISSED with prejudice** and without fees and costs to any party**;**

   2. All pending trial and hearing dates are **STRICKEN**;

   3. All pending motions are **DENIED AS MOOT**; and

   4. This file shall be **CLOSED**.

   **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

   **DATED** this _____2nd_____ day of August 2011.


                        S/ Edward F. Shea
                       EDWARD F. SHEA
                  United States District Judge

Q:\Civil\2010\324.Stip.Dismiss.wpd

ORDER ~ 1